# KENCO

Kenco Logistics Services, LLC
2001 Riverside Drive
Chattanooga, TN 37406

Pay Statement
Period Start Date   12/11/2017
Period End Date    12/17/2017
Pay Date           12/22/2017
Document           942144
Net Pay            $657.03

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Michael E Nicholson Sr. | Employee Number | 207686 | Pay Group | KLS Weekly Non-Exempt | Federal Income Tax        M 3 |
| 135 Hunters Trace | SSN | XXX-XX-XXXX | Location | KLS General Mills GA | GA State Income Tax (Residence)    H 3 |
| Covington, GA 30014 | Job | Forklift Operator II | Business Unit | GENMGA - KLS General Mills GA | GA State Income Tax (Work)    H 3 |
| USA | Pay Rate | $14.2500 | Department | 110091 - DI Warehouse | |
| | Pay Frequency | Weekly | CorporateUse | KLS700 - KLS General Mills GA | |
| | | | Clock BU | 386 - KLS General Mills GA | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Adjusted Hours | 0.0000 | $0.0000 | $0.00 | $54.58 |
| Free Hours | 0.0000 | $0.0000 | $0.00 | $142.50 |
| ND Incentive | 0.0000 | $0.0000 | $0.00 | $1,299.41 |
| OT Premium | 16.8300 | $7.4250 | $124.96 | $3,994.51 |
| Overtime | 16.8300 | $14.2500 | $239.83 | $7,655.41 |
| Paid Holiday | 0.0000 | $0.0000 | $0.00 | $684.00 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $199.50 |
| Regular Pay | 6.0000 | $14.2500 | $85.50 | |
| Regular Pay | 34.0000 | $14.2500 | $484.50 | $20,360.68 |
| Shift Premium | | | $34.10 | $1,226.19 |
| Sign On Bonus | 0.0000 | $0.0000 | $0.00 | $1,299.99 |

Total Hours  56.8300

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Contributi | Yes | $19.38 | $399.24 | $14.53 | $299.44 |
| Delta Dental | Yes | $8.77 | $206.72 | $5.56 | $131.06 |
| FSA Dependent | Yes | $5.00 | $120.00 | $0.00 | $0.00 |
| FSA Health | Yes | $10.00 | $240.00 | $0.00 | $0.00 |
| LTDS | No | $7.64 | $180.09 | $0.00 | $0.00 |
| Medical | Yes | $116.99 | $2,757.62 | $350.90 | $8,271.21 |
| Opt Life Child | No | $0.42 | $9.90 | $0.00 | $0.00 |
| Optional Life S | No | $1.27 | $29.94 | $0.00 | $0.00 |
| Optl Life Empl | No | $2.54 | $59.87 | $0.00 | $0.00 |
| Vision | Yes | $3.67 | $86.51 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Basic Life DEP | | No | $0.00 | $0.00 | $0.11 | $2.59 |
| Basic Life EE | | No | $0.00 | $0.00 | $1.29 | $30.41 |
| FMLA | | No | $0.00 | $0.00 | $0.00 | $16.00 |
| Long Term Care | | No | $0.00 | $0.00 | $1.66 | $39.84 |
| STD WK | | No | $0.00 | $0.00 | $3.95 | $93.11 |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $42.83 | $2,173.92 |
| Employee Medicare | $11.96 | $485.84 |
| Social Security Employee Tax | $51.12 | $2,077.37 |
| GA State Income Tax | $30.27 | $1,259.04 |

### Paid Time Off

| Plan | Current | Balance | Remaining* |
|---|---|---|---|
| Holiday | 0.0000 | 16.0000 | 16.0000 |
| Paid Time Off | 0.7700 | 14.4900 | 14.4900 |
| | | | *Available to Take |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxxxx9149 | Debit Card | $657.03 |
| Total | | $657.03 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $968.89 | $805.08 | $136.18 | $175.68 | $657.03 |
| YTD | $36,916.77 | $33,106.68 | $5,996.17 | $4,089.89 | $26,830.71 |

# KENCO

Kenco Logistics Services, LLC
2001 Riverside Drive
Chattanooga, TN 37406

| Pay Statement | |
|---|---|
| Period Start Date | 12/25/2017 |
| Period End Date | 12/31/2017 |
| Pay Date | 01/05/2018 |
| Document | 948242 |
| Net Pay | $726.96 |

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Michael E Nicholson Sr. | Employee Number | 207686 | Pay Group | KLS Weekly Non-Exempt | Federal Income Tax | M 3 |
| 135 Hunters Trace | SSN | XXX-XX-XXXX | Location | KLS General Mills GA | GA State Income Tax (Residence) | H 3 |
| Covington, GA 30014 | Job | Forklift Operator II | Business Unit | GENMGA - KLS General Mills GA | GA State Income Tax (Work) | H 3 |
| USA | Pay Rate | $14.2500 | Department | 110091 - DI Warehouse | | |
| | Pay Frequency | Weekly | CorporateUse | KLS700 - KLS General Mills GA | | |
| | | | Clock BU | 386 - KLS General Mills GA | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| OT Premium | 12.8300 | $7.5159 | $96.43 | $96.43 |
| Overtime | 12.8300 | $14.2500 | $182.83 | $182.83 |
| Paid Holiday | 16.0000 | $14.2500 | $228.00 | $228.00 |
| Regular Pay | 40.0000 | $14.2500 | $570.00 | $570.00 |
| Shift Premium | | | $41.30 | $41.30 |

Total Hours 68.8300

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401k Contributi | Yes | $22.37 | $22.37 | $16.78 | $16.78 |
| Acc Inj Buy-up | No | $4.72 | $4.72 | $0.00 | $0.00 |
| Crit Tob Base | No | $4.56 | $4.56 | $0.00 | $0.00 |
| Delta Dental | Yes | $8.77 | $8.77 | $9.85 | $9.85 |
| Hospital Indem | No | $6.02 | $6.02 | $0.00 | $0.00 |
| HSA Family | Yes | $10.00 | $10.00 | $28.85 | $28.85 |
| LTDS | No | $7.64 | $7.64 | $0.00 | $0.00 |
| Medical | Yes | $126.47 | $126.47 | $379.32 | $379.32 |
| Opt Life Child | No | $0.42 | $0.42 | $0.00 | $0.00 |
| Optional Life S | No | $1.06 | $1.06 | $0.00 | $0.00 |
| Optl Life Empl | No | $2.29 | $2.29 | $0.00 | $0.00 |
| Tobacco Use | Yes | $23.08 | $23.08 | $0.00 | $0.00 |
| Vision | Yes | $3.67 | $3.67 | $0.00 | $0.00 |
| Basic Life DEP | No | $0.00 | $0.00 | $0.22 | $0.22 |
| Basic Life EE | No | $0.00 | $0.00 | $1.29 | $1.29 |
| FMLA | No | $0.00 | $0.00 | $3.00 | $3.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Long Term Care | | | No | $0.00 | $0.00 | $1.66 | $1.66 |
| STD WK | | | No | $0.00 | $0.00 | $3.95 | $3.95 |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $60.70 | $60.70 |
| Employee Medicare | $13.73 | $13.73 |
| Social Security Employee Tax | $58.69 | $58.69 |
| GA State Income Tax | $37.41 | $37.41 |

### Paid Time Off

| Plan | Current | Balance | Remaining* |
|---|---|---|---|
| Holiday | 0.0000 | 0.0000 | 0.0000 |
| Paid Time Off | 0.7700 | 16.0300 | 16.0300 |
| | | | *Available to Take |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxxxx9149 | Debit Card | $726.96 |
| Total | | $726.96 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,118.56 | $924.20 | $170.53 | $221.07 | $726.96 |
| YTD | $1,118.56 | $924.20 | $170.53 | $221.07 | $726.96 |

# KENCO

Kenco Logistics Services, LLC
2001 Riverside Drive
Chattanooga, TN 37406

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/18/2017 |
| Period End Date | 12/24/2017 |
| Pay Date | 12/29/2017 |
| Document | 945051 |
| Net Pay | $639.02 |

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Michael E Nicholson Sr. | Employee Number | 207686 | Pay Group | KLS Weekly Non-Exempt | Federal Income Tax | M 3 |
| 135 Hunters Trace | SSN | XXX-XX-XXXX | Location | KLS General Mills GA | GA State Income Tax (Residence) | H 3 |
| Covington, GA 30014 | Job | Forklift Operator II | Business Unt | GENMGA - KLS General Mills GA | GA State Income Tax (Work) | H 3 |
| USA | Pay Rate | $14.2500 | Department | 110091 - DI Warehouse | | |
| | Pay Frequency | Weekly | CorporateUse | KLS700 - KLS General Mills GA | | |
| | | | Clock BU | 386 - KLS General Mills GA | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Adjusted Hours | 0.0000 | $0.0000 | $0.00 | $54.58 |
| Free Hours | 0.0000 | $0.0000 | $0.00 | $142.50 |
| ND Incentive | 0.0000 | $0.0000 | $0.00 | $1,299.41 |
| OT Premium | 15.6700 | $7.4250 | $116.35 | $4,110.86 |
| Overtime | 15.6700 | $14.2500 | $223.30 | $7,878.71 |
| Paid Holiday | 0.0000 | $0.0000 | $0.00 | $684.00 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $199.50 |
| Regular Pay | 10.0000 | $14.2500 | $142.50 | |
| Regular Pay | 30.0000 | $14.2500 | $427.50 | $20,930.68 |
| Shift Premium | | | $6.00 | |
| Shift Premium | | | $27.40 | $1,259.59 |
| Sign On Bonus | 0.0000 | $0.0000 | $0.00 | $1,299.99 |

Total Hours  55.6700

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401k Contributi | Yes | $18.86 | $418.10 | $14.15 | $313.59 |
| Delta Dental | Yes | $8.77 | $215.49 | $5.56 | $136.62 |
| FSA Dependent | Yes | $5.00 | $125.00 | $0.00 | $0.00 |
| FSA Health | Yes | $10.00 | $250.00 | $0.00 | $0.00 |
| LTDS | No | $7.64 | $187.73 | $0.00 | $0.00 |
| Medical | Yes | $116.99 | $2,874.61 | $350.90 | $8,622.11 |
| Opt Life Child | No | $0.42 | $10.32 | $0.00 | $0.00 |
| Optional Life S | No | $1.27 | $31.21 | $0.00 | $0.00 |
| Optl Life Empl | No | $2.54 | $62.41 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Vision | | Yes | $3.67 | $90.18 | $0.00 | $0.00 |
| Basic Life DEP | | No | $0.00 | $0.00 | $0.11 | $2.70 |
| Basic Life EE | | No | $0.00 | $0.00 | $1.29 | $31.70 |
| FMLA | | No | $0.00 | $0.00 | $0.00 | $16.00 |
| Long Term Care | | No | $0.00 | $0.00 | $1.66 | $41.50 |
| STD WK | | No | $0.00 | $0.00 | $3.95 | $97.06 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $39.03 | $2,212.95 |
| Employee Medicare | $11.58 | $497.42 |
| Social Security Employee Tax | $49.51 | $2,126.88 |
| GA State Income Tax | $28.75 | $1,287.79 |

## Paid Time Off

| Plan | Current | Balance | Remaining* |
|---|---|---|---|
| Holiday | 0.0000 | 16.0000 | 16.0000 |
| Paid Time Off | 0.7700 | 15.2600 | 15.2600 |
| | | | *Available to Take |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxxxx9149 | Debit Card | $639.02 |
| Total | | $639.02 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $943.05 | $779.76 | $128.87 | $175.16 | $639.02 |
| YTD | $37,859.82 | $33,886.44 | $6,125.04 | $4,265.05 | $27,469.73 |

# KENCO

Kenco Logistics Services, LLC
2001 Riverside Drive
Chattanooga, TN 37406

Pay Statement
Period Start Date 01/01/2018
Period End Date 01/07/2018
Pay Date 01/12/2018
Document 950736
Net Pay $592.29

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Michael E Nicholson Sr. | Employee Number | 207686 | Pay Group | KLS Weekly Non-Exempt | Federal Income Tax | M 3 |
| 135 Hunters Trace | SSN | XXX-XX-XXXX | Location | KLS General Mills GA | GA State Income Tax (Residence) | H 3 |
| Covington, GA 30014 | Job | Forklift Operator II | Business Unit | GENMGA - KLS General Mills GA | GA State Income Tax (Work) | H 3 |
| USA | Pay Rate | $14.2500 | Department | 110091 - DI Warehouse | | |
| | Pay Frequency | Weekly | CorporateUse | KLS700 - KLS General Mills GA | | |
| | | | Clock BU | 386 - KLS General Mills GA | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| OT Premium | 9.6000 | $7.4734 | $71.74 | $168.17 |
| Overtime | 9.6000 | $14.2500 | $136.80 | $319.63 |
| Paid Holiday | 8.0000 | $14.2500 | $114.00 | $342.00 |
| Regular Pay | 40.0000 | $14.2500 | $570.00 | $1,140.00 |
| Shift Premium | | | $34.56 | $75.86 |

Total Hours 57.6000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401k Contributi | Yes | $18.54 | $40.91 | $13.91 | $30.69 |
| Acc Inj Buy-up | No | $4.72 | $9.44 | $0.00 | $0.00 |
| Crll Tob Base | No | $4.56 | $9.12 | $0.00 | $0.00 |
| Delta Dental | Yes | $8.77 | $17.54 | $9.85 | $19.70 |
| Hospital Indem | No | $6.02 | $12.04 | $0.00 | $0.00 |
| HSA Family | Yes | $10.00 | $20.00 | $28.85 | $57.70 |
| LTDS | No | $7.64 | $15.28 | $0.00 | $0.00 |
| Medical | Yes | $126.47 | $252.94 | $379.32 | $758.64 |
| Opt Life Child | No | $0.42 | $0.84 | $0.00 | $0.00 |
| Optional Life S | No | $1.06 | $2.12 | $0.00 | $0.00 |
| Optl Life Empl | No | $2.29 | $4.58 | $0.00 | $0.00 |
| Tobacco Use | Yes | $23.08 | $46.16 | $0.00 | $0.00 |
| Vision | Yes | $3.67 | $7.34 | $0.00 | $0.00 |
| Basic Life DEP | No | $0.00 | $0.00 | $0.22 | $0.44 |
| Basic Life EE | No | $0.00 | $0.00 | $1.29 | $2.58 |
| FMLA | No | $0.00 | $0.00 | $0.00 | $3.00 |

| | | | | | | Current | YTD |
|---|---|---|---|---|---|---|---|
| Long Term Care | | | No | $0.00 | $0.00 | $1.66 | $3.32 |
| STD WK | | | No | $0.00 | $0.00 | $3.95 | $7.90 |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $33.66 | $94.36 |
| Employee Medicare | $10.94 | $24.67 |
| Social Security Employee Tax | $46.81 | $105.50 |
| GA State Income Tax | $26.16 | $63.57 |

### Paid Time Off

| Plan | Current | Balance | Remaining* |
|---|---|---|---|
| Holiday | 80.0000 | 72.0000 | 72.0000 |
| Paid Time Off | 0.7700 | 16.8000 | 16.8000 |
| | | | *Available to Take |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxxxx9149 | Debit Card | $592.29 |
| Total | | $592.29 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $927.10 | $736.57 | $117.57 | $217.24 | $592.29 |
| YTD | $2,045.66 | $1,660.77 | $288.10 | $438.31 | $1,319.25 |

# KENCO

Kenco Logistics Services, LLC
2001 Riverside Drive
Chattanooga, TN 37406

Pay Statement
Period Start Date 01/08/2018
Period End Date 01/14/2018
Pay Date 01/19/2018
Document 953630
Net Pay $627.98

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Michael E Nicholson Sr. | Employee Number | 207686 | Pay Group | KLS Weekly Non-Exempt | Federal Income Tax | M 3 |
| 135 Hunters Trace | SSN | XXX-XX-XXXX | Location | KLS General Mills GA | GA State Income Tax (Residence) | H 3 |
| Covington, GA 30014 | Job | Forklift Operator II | Business Unt | GENMGA - KLS General Mills GA | GA State Income Tax (Work) | H 3 |
| USA | Pay Rate | $14.2500 | Department | 110091 - DI Warehouse | | |
| | Pay Frequency | Weekly | CorporateUse | KLS700 - KLS General Mills GA | | |
| | | | Clock BU | 386 - KLS General Mills GA | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| OT Premium | 17.1800 | $7.4251 | $127.56 | $295.73 |
| Overtime | 17.1800 | $14.2500 | $244.82 | $564.45 |
| Paid Holiday | 0.0000 | $0.0000 | $0.00 | $342.00 |
| Regular Pay | 40.0000 | $14.2500 | $570.00 | $1,710.00 |
| Shift Premium | | | $34.31 | $110.17 |

Total Hours 57.1800

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Contributi | Yes | $19.53 | $60.44 | $14.65 | $45.34 |
| Acc Inj Buy-up | No | $4.72 | $14.16 | $0.00 | $0.00 |
| Crll Tob Base | No | $4.56 | $13.68 | $0.00 | $0.00 |
| Delta Dental | Yes | $8.77 | $26.31 | $9.85 | $29.55 |
| Hospital Indem | No | $6.02 | $18.06 | $0.00 | $0.00 |
| HSA Family | Yes | $10.00 | $30.00 | $28.85 | $86.55 |
| LTDS | No | $7.64 | $22.92 | $0.00 | $0.00 |
| Medical | Yes | $126.47 | $379.41 | $379.32 | $1,137.96 |
| Opt Life Child | No | $0.42 | $1.26 | $0.00 | $0.00 |
| Optional Life S | No | $1.06 | $3.18 | $0.00 | $0.00 |
| Optl Life Empl | No | $2.29 | $6.87 | $0.00 | $0.00 |
| Tobacco Use | Yes | $23.08 | $69.24 | $0.00 | $0.00 |
| Vision | Yes | $3.67 | $11.01 | $0.00 | $0.00 |
| Basic Life DEP | No | $0.00 | $0.00 | $0.22 | $0.66 |
| Basic Life EE | No | $0.00 | $0.00 | $1.29 | $3.87 |
| FMLA | No | $0.00 | $0.00 | $0.00 | $3.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Long Term Care | | | No | $0.00 | $0.00 | $1.66 | $4.98 |
| STD WK | | | No | $0.00 | $0.00 | $3.95 | $11.85 |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $39.84 | $134.20 |
| Employee Medicare | $11.67 | $36.34 |
| Social Security Employee Tax | $49.90 | $155.40 |
| GA State Income Tax | $29.07 | $92.64 |

### Paid Time Off

| Plan | Current | Balance | Remaining* |
|---|---|---|---|
| Holiday | 0.0000 | 72.0000 | 72.0000 |
| Paid Time Off | 0.7700 | 17.5700 | 17.5700 |
| | | | *Available to Take |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxxxx9149 | Debit Card | $627.98 |
| Total | | $627.98 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $976.69 | $785.17 | $130.48 | $218.23 | $627.98 |
| YTD | $3,022.35 | $2,445.94 | $418.58 | $656.54 | $1,947.23 |

# KENCO

Kenco Logistics Services, LLC
2001 Riverside Drive
Chattanooga, TN 37406

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 01/15/2018 |
| Period End Date | 01/21/2018 |
| Pay Date | 01/26/2018 |
| Document | 956244 |
| Net Pay | $421.73 |

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Michael E Nicholson Sr. | Employee Number | 207686 | Pay Group | KLS Weekly Non-Exempt | Federal Income Tax | M 3 |
| 135 Hunters Trace | SSN | XXX-XX-XXXX | Location | KLS General Mills GA | GA State Income Tax (Residence) | H 3 |
| Covington, GA 30014 | Job | Forklift Operator II | Business Unit | GENMGA - KLS General Mills GA | GA State Income Tax (Work) | H 3 |
| USA | Pay Rate | $14.2500 | Department | 110091 - DI Warehouse | | |
| | Pay Frequency | Weekly | CorporateUse | KLS700 - KLS General Mills GA | | |
| | | | Clock BU | 386 - KLS General Mills GA | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| OT Premium | 4.3300 | $7.4250 | $32.15 | $327.88 |
| Overtime | 4.3300 | $14.2500 | $61.70 | $626.15 |
| Paid Holiday | 0.0000 | $0.0000 | $0.00 | $342.00 |
| Regular Pay | 40.0000 | $14.2500 | $570.00 | $2,280.00 |
| Shift Premium | | | $26.60 | $136.77 |

Total Hours 44.3300

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401k Contributi | Yes | $13.81 | $74.25 | $10.36 | $55.70 |
| Acc Inj Buy-up | No | $4.72 | $18.88 | $0.00 | $0.00 |
| Crll Tob Base | No | $4.56 | $18.24 | $0.00 | $0.00 |
| Delta Dental | Yes | $8.77 | $35.08 | $9.85 | $39.40 |
| Hospital Indem | No | $6.02 | $24.08 | $0.00 | $0.00 |
| HSA Family | Yes | $10.00 | $40.00 | $28.85 | $115.40 |
| LTDS | No | $7.64 | $30.56 | $0.00 | $0.00 |
| Medical | Yes | $126.47 | $505.88 | $379.32 | $1,517.28 |
| Opt Life Child | No | $0.42 | $1.68 | $0.00 | $0.00 |
| Optional Life S | No | $1.06 | $4.24 | $0.00 | $0.00 |
| Optl Life Empl | No | $2.29 | $9.16 | $0.00 | $0.00 |
| Tobacco Use | Yes | $23.08 | $92.32 | $0.00 | $0.00 |
| Vision | Yes | $3.67 | $14.68 | $0.00 | $0.00 |
| Basic Life DEP | No | $0.00 | $0.00 | $0.22 | $0.88 |
| Basic Life EE | No | $0.00 | $0.00 | $1.29 | $5.16 |
| FMLA | No | $0.00 | $0.00 | $0.00 | $3.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Long Term Care | | | No | $0.00 | $0.00 | $1.66 | $6.64 |
| STD WK | | | No | $0.00 | $0.00 | $3.95 | $15.80 |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $4.31 | $138.51 |
| Employee Medicare | $7.52 | $43.86 |
| Social Security Employee Tax | $32.14 | $187.54 |
| GA State Income Tax | $12.24 | $104.88 |

### Paid Time Off / Net Pay Distribution

| Plan | Current | Balance | Remaining* | Account Number | Account Type | Amount |
|---|---|---|---|---|---|---|
| Holiday | 0.0000 | 80.0000 | 80.0000 | xxxxxxxxxxxx9149 | Debit Card | $421.73 |
| Paid Time Off | 0.7700 | 18.3400 | 18.3400 | Total | | $421.73 |
| | | | *Available to Take | | | |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $690.45 | $504.65 | $56.21 | $212.51 | $421.73 |
| YTD | $3,712.80 | $2,950.59 | $474.79 | $869.05 | $2,368.96 |


**KENCO**

Kenco Logistics Services, LLC
2001 Riverside Drive
Chattanooga, TN 37406

Pay Statement
Period Start Date 01/22/2018
Period End Date 01/28/2018
Pay Date 02/02/2018
Document 959128
Net Pay $601.85

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Michael E Nicholson Sr. | Employee Number | 207686 | Pay Group | KLS Weekly Non-Exempt | Federal Income Tax | M 3 |
| 135 Hunters Trace | SSN | XXX-XX-XXXX | Location | KLS General Mills GA | GA State Income Tax (Residence) | H 3 |
| Covington, GA 30014 | Job | Forklift Operator II | Business Unt | GENMGA - KLS General Mills GA | GA State Income Tax (Work) | H 3 |
| USA | Pay Rate | $14.2500 | Department | 110091 - DI Warehouse | | |
| | Pay Frequency | Weekly | CorporateUse | KLS700 - KLS General Mills GA | | |
| | | | Clock BU | 386 - KLS General Mills GA | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| OT Premium | 15.1600 | $7.4249 | $112.56 | $440.44 |
| Overtime | 15.1600 | $14.2500 | $216.03 | $842.18 |
| Paid Holiday | 0.0000 | $0.0000 | $0.00 | $342.00 |
| Regular Pay | 3.6700 | $14.2500 | $52.30 | |
| Regular Pay | 36.3300 | $14.2500 | $517.70 | $2,850.00 |
| Shift Premium | | | $2.20 | |
| Shift Premium | | | $30.89 | $169.86 |

Total Hours 55.1600

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401k Contributi | Yes | $18.63 | $92.88 | $13.98 | $69.68 |
| Acc Inj Buy-up | No | $4.72 | $23.60 | $0.00 | $0.00 |
| Crll Tob Base | No | $4.56 | $22.80 | $0.00 | $0.00 |
| Delta Dental | Yes | $8.77 | $43.85 | $9.85 | $49.25 |
| Hospital Indem | No | $6.02 | $30.10 | $0.00 | $0.00 |
| HSA Family | Yes | $10.00 | $50.00 | $28.85 | $144.25 |
| LTDS | No | $7.64 | $38.20 | $0.00 | $0.00 |
| Medical | Yes | $126.47 | $632.35 | $379.32 | $1,896.60 |
| Opt Life Child | No | $0.42 | $2.10 | $0.00 | $0.00 |
| Optional Life S | No | $1.06 | $5.30 | $0.00 | $0.00 |
| Optl Life Empl | No | $2.29 | $11.45 | $0.00 | $0.00 |
| Tobacco Use | Yes | $23.08 | $115.40 | $0.00 | $0.00 |
| Vision | Yes | $3.67 | $18.35 | $0.00 | $0.00 |
| Basic Life DEP | No | $0.00 | $0.00 | $0.22 | $1.10 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Basic Life EE |  | No | $0.00 | $0.00 | $1.29 | $6.45 |
| FMLA |  | No | $0.00 | $0.00 | $3.00 | $6.00 |
| Long Term Care |  | No | $0.00 | $0.00 | $1.66 | $8.30 |
| STD WK |  | No | $0.00 | $0.00 | $3.95 | $19.75 |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $27.95 | $166.46 |
| Employee Medicare | $11.02 | $54.88 |
| Social Security Employee Tax | $47.10 | $234.64 |
| GA State Income Tax | $26.43 | $131.31 |

### Paid Time Off

| Plan | Current | Balance | Remaining* |
|---|---|---|---|
| Holiday | 0.0000 | 72.0000 | 72.0000 |
| Paid Time Off | 0.7700 | 19.1100 | 19.1100 |
|  |  |  | *Available to Take |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxxxx9149 | Debit Card | $601.85 |
| Total |  | $601.85 |

### Pay Summary

|  | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $931.68 | $741.06 | $112.50 | $217.33 | $601.85 |
| YTD | $4,644.48 | $3,691.65 | $587.29 | $1,086.38 | $2,970.81 |



**Kenco Logistics Services, LLC**
2001 Riverside Drive
Chattanooga, TN 37406

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 01/29/2018 |
| Period End Date | 02/04/2018 |
| Pay Date | 02/09/2018 |
| Document | 961715 |
| Net Pay | $374.30 |

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Michael E Nicholson Sr. | Employee Number | 207686 | Pay Group | KLS Weekly Non-Exempt | Federal Income Tax | M 3 |
| 135 Hunters Trace | SSN | XXX-XX-XXXX | Location | KLS General Mills GA | GA State Income Tax (Residence) | H 3 |
| Covington, GA 30014 | Job | Forklift Operator II | Business Unit | GENMGA - KLS General Mills GA | GA State Income Tax (Work) | H 3 |
| USA | Pay Rate | $14.2500 | Department | 110091 - DI Warehouse | | |
| | Pay Frequency | Weekly | CorporateUse | KLS700 - KLS General Mills GA | | |
| | | | Clock BU | 386 - KLS General Mills GA | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| OT Premium | 1.5800 | $7.4251 | $11.73 | $452.17 |
| Overtime | 1.5800 | $14.2500 | $22.52 | $864.78 |
| Paid Holiday | 0.0000 | $0.0000 | $0.00 | $342.00 |
| Regular Pay | 40.0000 | $14.2500 | $570.00 | $3,420.00 |
| Shift Premium | | | $24.95 | $194.81 |

Total Hours 41.5800

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401k Contributi | Yes | $12.58 | $105.46 | $9.44 | $79.12 |
| Acc Inj Buy-up | No | $4.72 | $28.32 | $0.00 | $0.00 |
| Crll Tob Base | No | $4.56 | $27.36 | $0.00 | $0.00 |
| Delta Dental | Yes | $8.77 | $52.62 | $9.85 | $59.10 |
| Hospital Indem | No | $6.02 | $36.12 | $0.00 | $0.00 |
| HSA Family | Yes | $10.00 | $60.00 | $28.85 | $173.10 |
| LTDS | No | $7.64 | $45.84 | $0.00 | $0.00 |
| Medical | Yes | $126.47 | $758.82 | $379.32 | $2,275.92 |
| Opt Life Child | No | $0.42 | $2.52 | $0.00 | $0.00 |
| Optional Life S | No | $1.06 | $6.36 | $0.00 | $0.00 |
| Optl Life Empl | No | $2.29 | $13.74 | $0.00 | $0.00 |
| Tobacco Use | Yes | $23.08 | $138.48 | $0.00 | $0.00 |
| Vision | Yes | $3.67 | $22.02 | $0.00 | $0.00 |
| Basic Life DEP | No | $0.00 | $0.00 | $0.22 | $1.32 |
| Basic Life EE | No | $0.00 | $0.00 | $1.29 | $7.74 |
| FMLA | No | $0.00 | $0.00 | $0.00 | $6.00 |

| | | | | | | Current | YTD |
|---|---|---|---|---|---|---|---|
| Long Term Care | | | No | $0.00 | $0.00 | $1.66 | $9.96 |
| STD WK | | | No | $0.00 | $0.00 | $3.95 | $23.70 |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $166.46 |
| Employee Medicare | $6.63 | $61.51 |
| Social Security Employee Tax | $28.35 | $262.99 |
| GA State Income Tax | $8.64 | $139.95 |

### Paid Time Off

| Plan | Current | Balance | Remaining* |
|---|---|---|---|
| Holiday | 0.0000 | 72.0000 | 72.0000 |
| Paid Time Off | 0.7700 | 19.8800 | 19.8800 |

*Available to Take

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxxxx9149 | Debit Card | $374.30 |
| Total | | $374.30 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $629.20 | $444.63 | $43.62 | $211.28 | $374.30 |
| YTD | $5,273.68 | $4,136.28 | $630.91 | $1,297.66 | $3,345.11 |

# KENCO

Kenco Logistics Services, LLC
2001 Riverside Drive
Chattanooga, TN 37406

Pay Statement
Period Start Date 02/05/2018
Period End Date 02/11/2018
Pay Date 02/16/2018
Document 964812
Net Pay $591.07

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Michael E Nicholson Sr. | Employee Number | 207686 | Pay Group | KLS Weekly Non-Exempt | Federal Income Tax | M 3 |
| 135 Hunters Trace | SSN | XXX-XX-XXXX | Location | KLS General Mills GA | GA State Income Tax (Residence) | H 3 |
| Covington, GA 30014 | Job | Forklift Operator II | Business Unt | GENMGA - KLS General Mills GA | GA State Income Tax (Work) | H 3 |
| USA | Pay Rate | $14.2500 | Department | 110091 - DI Warehouse | | |
| | Pay Frequency | Weekly | CorporateUse | KLS700 - KLS General Mills GA | | |
| | | | Clock BU | 386 - KLS General Mills GA | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| OT Premium | 14.5100 | $7.4251 | $107.74 | $559.91 |
| Overtime | 14.5100 | $14.2500 | $206.77 | $1,071.47 |
| Paid Holiday | 0.0000 | $0.0000 | $0.00 | $342.00 |
| Regular Pay | 7.9200 | $14.2500 | $112.86 | |
| Regular Pay | 32.0800 | $14.2500 | $457.14 | $3,990.00 |
| Shift Premium | | | $32.71 | $227.52 |

Total Hours 54.5100

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401k Contributi | Yes | $18.34 | $123.80 | $13.76 | $92.88 |
| Acc Inj Buy-up | No | $4.72 | $33.04 | $0.00 | $0.00 |
| Cril Tob Base | No | $4.56 | $31.92 | $0.00 | $0.00 |
| Delta Dental | Yes | $8.77 | $61.39 | $9.85 | $68.95 |
| Hospital Indem | No | $6.02 | $42.14 | $0.00 | $0.00 |
| HSA Family | Yes | $10.00 | $70.00 | $28.85 | $201.95 |
| LTDS | No | $7.64 | $53.48 | $0.00 | $0.00 |
| Medical | Yes | $126.47 | $885.29 | $379.32 | $2,655.24 |
| Opt Life Child | No | $0.42 | $2.94 | $0.00 | $0.00 |
| Optional Life S | No | $1.06 | $7.42 | $0.00 | $0.00 |
| Optl Life Empl | No | $2.29 | $16.03 | $0.00 | $0.00 |
| Tobacco Use | Yes | $23.08 | $161.56 | $0.00 | $0.00 |
| Vision | Yes | $3.67 | $25.69 | $0.00 | $0.00 |
| Basic Life DEP | No | $0.00 | $0.00 | $0.22 | $1.54 |
| Basic Life EE | No | $0.00 | $0.00 | $1.29 | $9.03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FMLA | | | No | $0.00 | $0.00 | $0.00 | $6.00 |
| Long Term Care | | | No | $0.00 | $0.00 | $1.66 | $11.62 |
| STD WK | | | No | $0.00 | $0.00 | $3.95 | $27.65 |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $26.54 | $193.00 |
| Employee Medicare | $10.80 | $72.31 |
| Social Security Employee Tax | $46.20 | $309.19 |
| GA State Income Tax | $25.57 | $165.52 |

### Paid Time Off

| Plan | Current | Balance | Remaining* |
|---|---|---|---|
| Holiday | 0.0000 | 72.0000 | 72.0000 |
| Paid Time Off | 0.7700 | 20.6500 | 20.6500 |
| | | | *Available to Take |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxxxx9149 | Debit Card | $591.07 |
| Total | | $591.07 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $917.22 | $726.89 | $109.11 | $217.04 | $591.07 |
| YTD | $6,190.90 | $4,863.17 | $740.02 | $1,514.70 | $3,936.18 |

# KENCO

Kenco Logistics Services, LLC
2001 Riverside Drive
Chattanooga, TN 37406

Pay Statement
Period Start Date 02/12/2018
Period End Date 02/18/2018
Pay Date 02/23/2018
Document 967304
Net Pay $676.31

## Pay Details

Michael E Nicholson Sr.
135 Hunters Trace
Covington, GA 30014
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 207686 | Pay Group | KLS Weekly Non-Exempt | |
| SSN | XXX-XX-XXXX | Location | KLS General Mills GA | |
| Job | Forklift Operator II | Business Unt | GENMGA - KLS General Mills GA | |
| Pay Rate | $14.2500 | Department | 110091 - DI Warehouse | |
| Pay Frequency | Weekly | CorporateUse | KLS700 - KLS General Mills GA | |
| | | Clock BU | 386 - KLS General Mills GA | |

| | | |
|---|---|---|
| Federal Income Tax | M | 3 |
| GA State Income Tax (Residence) | H | 3 |
| GA State Income Tax (Work) | H | 3 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| OT Premium | 19.6500 | $7.4250 | $145.90 | $705.81 |
| Overtime | 19.6500 | $14.2500 | $280.01 | $1,351.48 |
| Paid Holiday | 0.0000 | $0.0000 | $0.00 | $342.00 |
| Regular Pay | 5.5000 | $14.2500 | $78.38 | |
| Regular Pay | 34.5000 | $14.2500 | $491.62 | $4,560.00 |
| Shift Premium | | | $35.79 | $263.31 |

Total Hours 59.6500

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401k Contributi | Yes | $20.63 | $144.43 | $15.48 | $108.36 |
| Acc Inj Buy-up | No | $4.72 | $37.76 | $0.00 | $0.00 |
| Crll Tob Base | No | $4.56 | $36.48 | $0.00 | $0.00 |
| Delta Dental | Yes | $8.77 | $70.16 | $9.85 | $78.80 |
| Hospital Indem | No | $6.02 | $48.16 | $0.00 | $0.00 |
| HSA Family | Yes | $10.00 | $80.00 | $28.85 | $230.80 |
| LTDS | No | $7.64 | $61.12 | $0.00 | $0.00 |
| Medical | Yes | $126.47 | $1,011.76 | $379.32 | $3,034.56 |
| Opt Life Child | No | $0.42 | $3.36 | $0.00 | $0.00 |
| Optional Life S | No | $1.06 | $8.48 | $0.00 | $0.00 |
| Optl Life Empl | No | $2.29 | $18.32 | $0.00 | $0.00 |
| Tobacco Use | Yes | $23.08 | $184.64 | $0.00 | $0.00 |
| Vision | Yes | $3.67 | $29.36 | $0.00 | $0.00 |
| Basic Life DEP | No | $0.00 | $0.00 | $0.22 | $1.76 |
| Basic Life EE | No | $0.00 | $0.00 | $1.29 | $10.32 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FMLA | | | No | $0.00 | $0.00 | $0.00 | $6.00 |
| Long Term Care | | | No | $0.00 | $0.00 | $1.66 | $13.28 |
| STD WK | | | No | $0.00 | $0.00 | $3.95 | $31.60 |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $37.98 | $230.98 |
| Employee Medicare | $12.47 | $84.78 |
| Social Security Employee Tax | $53.30 | $362.49 |
| GA State Income Tax | $32.31 | $197.83 |

### Paid Time Off

| Plan | Current | Balance | Remaining* |
|---|---|---|---|
| Holiday | 0.0000 | 72.0000 | 72.0000 |
| Paid Time Off | 0.7700 | 21.4200 | 21.4200 |
| | | | *Available to Take |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxxxx9149 | Debit Card | $676.31 |
| Total | | $676.31 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,031.70 | $839.08 | $136.06 | $219.33 | $676.31 |
| YTD | $7,222.60 | $5,702.25 | $876.08 | $1,734.03 | $4,612.49 |